# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# OF THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **JOSHUA PARNELL,** )<br>   **Plaintiff,** )<br> )<br>**v.** )<br> )<br>**WESTERN SKY FINANCIAL,** )<br>**LLC, d/b/a Western Sky Funding,** )<br>**Western Sky, WesternSky.com;** )<br>**MARTIN A. ("Butch") WEBB; &** )<br>**CASHCALL, INC.,** )<br> )<br>   **Defendants.** ) | **Civil Action File No.:**<br><br>_____<br><br>**[On removal from the Superior Court of Whitfield County, Georgia Case No.: 13-CI-1812-J]** |

## DECLARATION OF DAN BAREN

I, Dan Baren, after being duly sworn, state and depose as follows:

1.

I am over 21 years of age and am competent to give this declaration, which I make based on personal knowledge and my personal review of records maintained by CashCall, Inc. ("CashCall") in the ordinary course of its business.

2.

I hold the position of General Counsel for CashCall. Due to my position and access to certain business records of CashCall, I am familiar with the matters addressed in this declaration authorized to execute this declaration on behalf of CashCall.

3.

CashCall is a California corporation with its principal place of business in California. CashCall's corporate headquarters are located in Anaheim, California.

4.

I have read the Complaint in the above-captioned case, and understand that Plaintiff's Complaint seeks, among other things, three times the amount of interest charged to individuals issued Western Sky loans while they were in Georgia. *See* OGGA § 16-17-3. In the last quarter alone, CashCall has collected in excess of $1,666,667 in interest payments from borrowers who were issued Western Sky loans while residing in Georgia. Accordingly, the amount put at issue by Plaintiff's request for damages exceeds $5,000,000 based solely on CashCall's collection of interest payments on Western Sky loans during the last quarter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 11th day of February, 2014.

Dan Baren