## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| JOSHUA PARNELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | Civil Action Number: |
| v. ) | |
| ) | 4:14-CV-00024-HLM |
| CASHCALL, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Joshua Parnell hereby voluntarily dismisses his claims with prejudice against Defendant CashCall, Inc. Plaintiff and Defendant through the undersigned counsel hereby stipulate and agree that all of Plaintiff's claims against Defendant shall be dismissed, with prejudice, with the parties to bear their own attorneys' fees, costs and expenses.

Respectfully submitted this 25th day of January, 2017.

| | |
|---|---|
| *s/ James W. Hurt, Jr.* | *s/ William J. Holley, II* |
| James W. Hurt, Jr. | William J. Holley, II |
| Hurt Stolz, P.C. | Georgia Bar No. 362310 |
| Georgia Bar No.: 380104 | Nancy H. Baughan |
| 3245 West Hancock Avenue | Georgia Bar No. 042575 |
| Athens, Georgia 30601 | Erin M. Moore |
| Telephone: (706) 395-2750 | Georgia Bar No. 590819 |
| jhurt@hurtstolz.com | PARKER HUDSON RAINER & |

Christopher N. Armor
Georgia Bar No. 614061
Armor Law, LLC
303 Perimeter Center North Suite 300
Atlanta, Georgia 30346
chris.armor@armorlaw.com

Attorneys for Plaintiff

DOBBS LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Telephone: (404) 523-5300
Facsimile: (404) 522-8409

Attorneys for Defendants

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on this day, I electronically filed the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF System, which sent notification of such filing to all counsel of record and which sent notification of such filing to the party listed below pursuant to L.R. 5.1(A)(3).

>William J. Holley, II
>wholly@phrd.com
>Nancy H. Baughan
>nbaughan@phrd.com
>Erin M. Moore
>emoore@phrd.com
>Parker, Hudson, Rainer & Dobbs, LLP
>
>Joseph L. Barloon
>joseph.barloon@skaaden.com
>Austin K. Brown
>austin.brown@skaaden.com
>Jennifer Z. Gindin
> jennifer.gindin@skadden.com
>Skadden, Arps, Slate, Meagher & Flom LLP -DC

I further certify that I prepared this document in 14 point Times New Roman font and complied with the margin and type requirements of this Court pursuant to L.R. 5.1.

Respectfully submitted, this 25th day of January, 2017.

**HURT STOLZ, P.C.**

                           s/ James W. Hurt, Jr.
                           James W. Hurt, Jr.
                           Georgia Bar No. 380104

345 West Hancock Avenue
Athens, Georgia 30601
(706) 395-2750
Facsimile: (866) 766-9245
jhurt@hurtstolz.com